**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3728-18T2

CENTRAL JERSEY WASTE
& RECYCLING, INC.,

  Plaintiff-Respondent,

v.

FOREST GLEN AT MONROE
MANOR HOMEOWNERS'
ASSOCIATION, INC., TALL
OAKS AT MONROE MANOR
CONDOMINIUM ASSOCATION,
INC., AMERICAN WASTE
SYSTEMS OF NEW JERSEY,
LLC, and SAL GUARNERI,

  Defendants-Appellants,

and

FOREST GLEN AT MONROE
MANOR HOMEOWNERS'
ASSOCIATION, INC., and TALL
OAKS AT MONROE MANOR
CONDOMINIUM ASSOCIATION,
INC.,

  Defendants/Third-Party
  Plaintiffs-Appellants,

v.

SCOTT WEBER,

      Third-Party Defendant.
_____

Submitted May 4, 2020 – Decided May 18, 2020

Before Judges Sumners and Geiger.

On appeal from the Superior Court of New Jersey, Law Division, Middlesex County, Docket No. L-4178-17.

Mezzacca & Kwasnik, LLC, attorneys for appellants Forest Glen at Monroe Manor Homeowners Association, Inc., and Tall Oaks at Monroe Manor Condominium Association, Inc. (John Francis Kwasnik, of counsel; John Francis Kwasnik and Mario A. Ferraro, on the brief).

Potters & Della Pietra, LLP, attorneys for respondent Central Jersey Waste & Recycling, Inc. (Gary Potters, of counsel and on the brief).

PER CURIAM

     The parties having filed a stipulation of dismissal, it is hereby ordered that the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2

A-3728-18T2